# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00003-01-CR-W-GAF |
| ) | |
| ROBERT J. GROSS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On August 28, 2018, the Grand Jury returned a ten-count Superseding Indictment charging the Defendant, Robert J. Gross, with four counts of interstate stalking in violation of 18 U.S.C. §§ 2261A(1)(B) and 2261(b), three counts of being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and three counts of receiving a firearm while under indictment in violation of 18 U.S.C. §§ 922(n) and 924(a)(1)(D).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government: Jess Michaelsen and Alison Dawn Dunning
         Case Agent:   FBI Special Agent Jason Ramsey
         Paralegal:  Allyson Beyer
      Defense: John O'Connor and Patrick James O'Connor

**OUTSTANDING MOTIONS**: No current motions.  Defense counsel expects to file a motion to sever which is due on or before April 23, 2019.

**TRIAL WITNESSES**:
      Government: 20 with stipulations; 30 without stipulations
      Defendant: 0 witnesses, including the Defendant

**TRIAL EXHIBITS:**
      Government: approximately 200 exhibits
      Defendant: approximately 0 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 3-4 days total**
    Government's case including jury selection: 3 days
    Defendant: 1/2 day

**STIPULATIONS**: Proposed stipulations as to prior felonies.

**UNUSUAL QUESTIONS OF LAW:**

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: **Updated list(s) due on or before April 23, 2019**
            Proposed Exhibit List filed 4/12/2019 (Doc. #41)
            Proposed Witness List filed 4/12/19 (Doc. #43)
        Defendant: **Due on or before April 23, 2019**

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Due on or before May 1, 2019**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before May 1, 2019**

**TRIAL SETTING**: Criminal jury trial docket set for May 6, 2019.

    **Please note:** Special setting with Judge Fenner on May 13, 2019

Voir dire may take longer as there was extensive publicity early on in the matter. Some of the Government's witnesses speak Mandarin and there will be a translator available.

**IT IS SO ORDERED**

                              */s/ Lajuana M. Counts*
                              LAJUANA M. COUNTS
                              UNITED STATES MAGISTRATE JUDGE