# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00003-01-CR-W-GAF |
| ) | |
| ROBERT J. GROSS ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL
## AT THE CLOSE OF ALL THE EVIDENCE

COMES NOW defendant at the close of all the evidence and moves the Court for a judgment of acquittal on the grounds that:

1. Government has failed to prove the elements of the 10 charges alleged in the information.

2. The evidence fails to establish the corpus delicti.

3. The evidence fails to establish that the alleged offense, if any, was committed by the defendant if at all "knowingly" or "willfully".

4. Accepting as true all the evidence, whether circumstantial or direct, together with all favorable inferences drawn therefrom the evidence is insufficient as a matter of law to support a finding of guilt.

5. The evidence is in such conflict in material respects that it fails to establish the guilt of the accused of the offense charged beyond a reasonable doubt.

6. The information does not state facts sufficient to constitute an offense against the United States.

1

7. Government has failed to establish by proof which comes up to the requirements for submission to the jury in a criminal case that the accused committed the alleged offenses knowingly or willfully.

WHEREFORE, the defendant respectfully requests an acquittal on the above-captioned cause.

Respectfully Submitted,

/s/ John P. O'Connor

| John P. O'Connor | MO Bar #32352 |
|---|---|
| Wagstaff & Cartmell LLP | Federal #70524 |

4740 Grand Ave. Ste. 300
Kansas City, MO 64112
Phone: 816-701-1100

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2019, I electronically filed the foregoing document on the Court's CM/ECF filing system, thereby sending notice of said filing to all counsel of record in this matter.

/s/ John P. O'Connor
Attorney for Defendant