# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

No: 20-3167

United States of America

Appellee

v.

Robert J. Gross

Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:18-cr-00003-GAF-1)

---

**MANDATE**

In accordance with the opinion and judgment of 01/24/2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 14, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit